UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| Daniel W. Clay <br><br> Plaintiff/Petitioner - Appellant, <br><br> v. <br><br> United Parcel Service <br><br> Defendant/Respondent - Appellee. | Case No. *14*-3249 <br><br> Appellant/Petitioner's Opening Brief |

**NOTICE AND INSTRUCTIONS**

If you proceed on appeal pro se, the court will accept a properly completed Form A-12 in lieu of a formal brief. This form is intended to guide you in presenting your appellate issues and arguments to the court. <u>If you need more space, additional pages may be attached</u>. A short statement of each issue presented for review should precede your argument. Citations to legal authority may also be included. This brief should fully set forth all of the arguments that you wish the court to consider in connection with this case.

New issues raised for the first time on appeal generally will not be considered. An appeal is not a retrial but rather a <u>review</u> of the proceedings in the district court. A copy of the completed form must be served on all opposing counsel and on all unrepresented parties and a proper certificate of service furnished to this court. A form certificate is attached.

## APPELLANT/PETITIONER'S OPENING BRIEF

1. **Statement of the Case.** (This should be a <u>brief</u> summary of the proceedings in the district court.) On 05/20/2013 Plaintiff filed suit alleging discrimination Title VII of civil rights act and under 42 U.S.C section 1981 Facts supporting each claim were set forth in the original complaint. Order granting Plaintiffs motion to proceed in forma pauperis was entered 05/28/2013. Order denying Plaintiffs motion for Appointment of Counsel on 05/28/13. Plaintiff filed a entry of Default on 07/19/2013. Plantiff filed Amended motion for Appointment of counsel on 07/26/2013 Deined on 08/13/2013

2. **Statement of Facts Relevant to the Issues Presented for Review.**

A. Plaintiff filed a Pro Se Amended motion for appointment of counsel on 07/26/2013. The court denied Pluntiffs Amended motion for Appointment of Counsel on 08/13/2013

B. summons Issued on 05/28/2013 for Defendant to answer Complaint. Defendant Filed motion for extension of time on 07/05/2013. Plaintiff filed opposition to Defendants motion for extension of time file answer on 07/08/2013. Court granted order to Defendants motion on 07/08/2013. Plaintiff filed Application for Clerks Entry of Default on 07/08/2013. Defendant filed answer to complaint on 07/18/2013

C. Defendant filed motion for summary Judgment on 07/14/2014. Plaintiff filed cross motion for summary Judgment on 08/07/2014. Court entered Judgment on 10/15/2014 granting Defendants motion for summary Judment, Denieing Plantiffs motion for summary Judment

---

A-12 Appellant/Petitioner's Opening Brief - 1/99                                     Page 2

1. <u>Statement of the Case. (Continued)</u>
Plaintiff filed a motion to amend original Complaint, order granting as unopposed Plaintiffs motion to Amend original Complaint was entered on 08/30/2013. Defendant filed a motion for summary Judgment on 07/14/2014. Plaintiff filed a cross motion for summary Judgment on 08/07/2014. Plaintiff filed a motion to strike Defendants witness statement in Defendants motion for summary Judgment 08/20/2014. Memorandum and order granting Defendants Motion for Summary Judgment; denying Plaintiffs motion for summary Judgment and Plaintiffs motion to strike was entered on 10/15/2014

2. Statement of Facts Relevant to the Issues presented for Review.
   D. Plaintiff filed a motion to strike Defendants witness statement in Defendants Motion for summary Judgment. on 08/20/2014, order denying Plaintiffs motion to strike was entered on 10/15/2014

Statement of Issues
a. First Issue
Steffey v. Orman 461 F.3d 1218, 1223
(10th Cir 2002)
28. U.S.C. 1915 (d)
Poindexter v. FBI, 737 F.2d 1173
(D.C. Cir 1984)

3. Statement of Issues
C. Third Issue,
Court granted Defendant's motion
for summary Judgments as unopposed

3. **Statement of Issues.**

   a.   **First Issue:** abuse of discretion, non appointment of counsel by court

       **Argument and Authorities:** Court should have appointed counsel to plaintiff for 3. reason
1. Title VII complaint
2. Plaintiff had trouble meeting deadline dates
3. Court to into account plaintiffs required to see a proffessional physicatris

Jenkis 721 F. 2d at 879
Poindexter 737 F. 2d a 1183
Castner v. Colorado Springs Cablevision 979 F. 2d 1417 /1421 (10th Cir 1992)

   b.   **Second Issue:** Court grants Defendants motion for extension of time to answer plaintiff's orignal motio complaint

       **Argument and Authorities:**
Summons Returned to court on 06/11/2013
Defendant did no anwser Plaintiff's original complaint until 07/18/2013
Plaintff filed a entry of Default on 07/09/2013

Rule 6.1(1), (2), (3)

4. Do you think the district court applied the wrong law? If so, what law do you want applied? Yes  Rule 56 (A)
Rule 56 (4)
Appointment of counsel

5. Did the district court incorrectly decide the facts? If so, what facts?
(1) Admitted to Discrimination, Confederate flag
(2)

6. Did the district court fail to consider important grounds for relief? If so, what grounds? Yes. 1, Confederate flag present
2, Jerry Wessel told plaintiff to join Black panter party
Defendant Admitted it

7. Do you feel that there are any other reasons why the district court's judgment was wrong? If so, what? because he had Plantiff's summary Judment motion

8. What action do you want this court to take in your case? Reverse decison by court

9. Do you think the court should hear oral argument in this case? If so, why? No

_____   _____
12/26/2014                Signature
Date

## CERTIFICATE OF SERVICE

I hereby certify that on <u>12/26/2014</u> I sent a copy of
(date)
the Appellant/Petitioner's Opening Brief to <u>Shelly Emisson</u>
<u> </u>, at <u>2345 Grand Boulevard</u>
(Opposing Party or Attorney)
<u>Suite 1500 Kansas City, MO</u>, the last known address, by
<u>64108</u>
United States mail or courier.

<u>12/26/2014</u>                    <u>[signature]</u>
Date                                            Signature